**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**
**and**
**SEIZURE WARRANT FOR BANK ACCOUNT**

I, Cory P. McManus, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION

1.    I make this affidavit in support of an application for a criminal complaint charging JAMES KIM (YOB 1965) with Mail Fraud in violation of 18 U.S.C. § 1341, Money Laundering in violation of 18 U.S.C. § 1957, and Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a).

2.    I make this affidavit in support of an application for a seizure warrant for the following bank account (the "SUBJECT FUNDS"):

> a.    all funds in Charles Schwab Account Number xxxxxxxx2086, opened by James KIM in the name N█ C███████ LLC as further described in Attachment A.

I request that a seizure warrant, authorizing the seizure of the SUBJECT FUNDS pursuant to 21 U.S.C. § 853(f), and 18 U.S.C. §§ 981(b) and 982(b)(1) be issued by this Court.

3.    Pursuant to 18 U.S.C. § 981(b), "notwithstanding the provisions of rule 41(a) of the Federal rules of Criminal Procedure, a seizure warrant may be issued pursuant to this subsection by a judicial officer in any district in which a forfeiture against the property may be filed." Further, pursuant to 21 U.S.C. § 853(f), the Government may request a seizure warrant for property subject to forfeiture and "[i]f the court determines that there is probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture and that a [restraining order or injunction] order under subsection (e) may not be sufficient to assure the availability of the property for forfeiture, the court shall issue a warrant authorizing the seizure of such property." Finally, 28 U.S.C. § 853(l) provides, "The district courts of the United States shall have jurisdiction to enter orders as provided in this section without regard to the location of any property which may be subject to forfeiture under this section, or which has been ordered forfeited under this section."

4.    For the reasons set forth below, there is probable cause to believe that funds in the aforementioned bank account were derived from proceeds traceable to violations of specified

unlawful activities (as defined in 18 U.S.C. §§ 1956(c)(7), 1961(1)), specifically mail fraud (18 U.S.C. § 1341) and aggravated identity theft (18 U.S.C. § 1028A(a)). As such, those funds in the bank accounts are subject to seizure and forfeiture under 18 U.S.C. §§ 981(a)(1)(C), 984 and 28 U.S.C. § 2461, and 18 U.S.C. § 2328. Furthermore, there is also probable cause to believe that the entirety of the funds in the bank account, namely the SUBJECT FUNDS were involved in money laundering activity in violation of 18 U.S.C. § 1957 and are forfeitable under 18 U.S.C. §§ 981(a)(1)(A) and 982(a)(1).

5.    The facts set forth in the Affidavit are based on my personal observations, my training and experience, information obtained from other agents, witnesses, and records obtained during the course of the investigation. Because I submit this Affidavit for the limited purpose of showing probable cause, I have not included in this Affidavit each and every fact that I have learned in this investigation. Rather, I have set forth only facts sufficient to establish probable cause to issue an arrest warrant for the individuals identified herein and to seize the bank accounts set forth herein. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.    AFFIANT BACKGROUND

6.    I have been a law enforcement officer for over 22 years and have been a United States Postal Inspector since July 2017. I am currently assigned to the Providence, Rhode Island domicile of the United States Postal Inspection Service and I am responsible for the investigation of various crimes relating to the United States Mail including, but not limited to mail fraud, bank fraud, identity theft, and mail theft. Prior to my appointment as a Postal Inspector, I was a Special Agent with the United States Secret Service for approximately 13 years. I have received training in conducting investigations of crimes that adversely affect, or fraudulently use, the United States Mail and the United States Postal Service ("USPS"). I have participated in criminal investigations of various violations of Title 18 of the United States Code involving financial crimes, including mail, bank, and wire fraud, identity theft, money laundering, and computer crimes. In the course of my employment, I have received training and have been involved in the use of investigative techniques such as interviewing victims, informants, and witnesses, conducting physical surveillance, and analyzing financial records. I have participated in and

executed dozens of search, arrest, and seizure warrants.

### III.    PROBABLE CAUSE

7.    As set forth in this Affidavit, the U.S. Attorney's Office for the District of Rhode Island, the U.S. Postal Inspection Service and the Rhode Island State Police - Financial Crimes Unit ("RISP-FCU") have been investigating an unclaimed property scheme in which the perpetrator submitted fraudulent documentation to Unclaimed Property Divisions ("UPD") in Rhode Island and elsewhere, and, as a result, was able to get claims approved. The approved claims resulted in checks drawn from UPD's accounts being mailed to PO Boxes and addresses controlled by the suspected perpetrator and ultimately being deposited into bank accounts controlled by the suspected perpetrator.

8.    While the investigation is ongoing, five UPD's in Rhode Island, Kansas, Missouri, Nevada and Minnesota, who sent money through the mail related to these fraudulent claims, have been identified as victims and interviewed. From the interviews, documentation submitted by the suspected perpetrator, and bank records of the SUBJECT FUNDS, these victims have sent, via the U.S. mail, a total of approximately $818,617.10 to various PO Boxes and addresses in Las Vegas, NV associated with James KIM.

### A.  Background on the State Treasurer's Unclaimed Property Funds

9.    Based on my involvement in this investigation, as well as my conversations with personnel from UPD in Rhode Island and four other states, I have learned the following about the funds maintained by the state treasurers Unclaimed Property Divisions:

    a.      Unclaimed property consists of abandoned financial assets such as checking and savings accounts, unpaid wages, securities, life insurance payouts, uncashed checks, and the proceeds of safe deposit boxes that are inactive for a certain period of time.

    b.      The UPD holding the potential unclaimed property makes every effort to contact the owner through various means including written correspondence and searches for updated personal information.

    c.      State law requires certain entities, such as banks, insurance companies, and corporations, to transfer abandoned money or securities to the UPD after a

designated period of time. The UPD then serves as the custodian of those unclaimed funds until they are claimed by the rightful owners. The UPD maintains a dedicated account at a national bank solely for unclaimed funds. The state will maintain custody of the property in perpetuity until the rightful owner or heirs come forward to claim.

d.    The UPD website for each state contains a publicly searchable list of all individuals who have funds held by the UPD. The listing sets forth the owner of the funds' name, the owner's last known address, and a range related to the funds available ($0-100, over $100).

e.    To recover funds held by the UPD, the claimant must complete a claim affirmation form which includes their name, mailing address, phone number and other information. The claimant must also certify, under penalties of perjury, that the information provided on the claim is true, and all supporting documentation presented is original or true unaltered copies of the original documents.[1]

f.    When an individual submits a claim, the UPD reviews the submitted paperwork provided by the claimant to determine whether the information matches the information that the UPD has with respect to the claimant. If the information provided by the claimant meets the UPD requirements, and the claim is approved, the UPD issues a paper check to the claimant, mailed via the USPS, to the address provided by the claimant.

10. On April 3, 2024, the Rhode Island UPD received a claim for unclaimed property from a claimant who appeared to be the rightful owner. Upon review of the claim, it was determined that the unclaimed property, $195,461.26, had already been dispersed in September of 2021, into an account associated with American Express National Bank.

11. Upon further investigation, it was discovered that several key documents associated with the original claim had been altered - specifically, multiple death certificates, paperwork from the IRS, and multiple Probate Court documents. These alterations were not evident during the initial review, leading to the claim's approval and ultimately the disbursement of funds.

12. On December 9, 2024, Detective Colasante (RISP-FCU) and I interviewed the Director and Deputy Director of Unclaimed Property for the State of Rhode Island, who informed us that

---

[1] https://www.findrimoney.gov/app/claim-preview

4

they have discovered at least four more claims filed by the same subject. One claim, which is still pending, is associated with over $3.2 million dollars in unclaimed funds.

13. Additionally, based on evidence recovered from the Rhode Island claims, other Unclaimed Property Divisions in Minnesota, Kansas, Nevada and Missouri were also targeted by false claims from the same individual.

### Rhode Island UPD Approved Claims

14. Between May 13, 2021, and March 18, 2023, as further detailed below, the Rhode Island UPD received and processed four claims along with supporting documentation from four claimants purporting to be the heir of a closed family estate.

| Claim ID | Claim Created | Total Payout | Claimant Name | Claimant Address | Estate of: |
|---|---|---|---|---|---|
| 5338376 | 5/13/2021 | $ 195,461.26 | N    C | PO Box 751042, Las Vegas, NV | |
| 5403863/64 | 10/6/2022 | $ 171,499.61 | E    I | Parkmoor Ave, Las Vegas, NV | |
| 5367090 | 10/11/2021 | $ 140,283.37 | J   E | PO Box 750632, Las Vegas, NV | |
| 5445826 | 3/18/2023 | $ 118,507.43 | M    R | PO Box 751232, Las Vegas, NV | |

15. In order to file a claim with the Rhode Island UPD, the claimant must submit a form of identification and supporting documentation verifying they are the rightful owner of the family estate. Documentation includes a valid form of identification for the claimant, certificate(s) of death for the estate owner or other heirs to the estate, petition for Probate of Will for those representing the estate, a Probate Court order to reopen the estate, and an IRS estate employer identification letter for the decedent.

### *Nevada Department of Public Safety Records Review*

16. Nevada ("NV") Department of Public Safety ("DPS") confirmed Nevada DL 2900080169,[2] submitted by the claimant as part of claim 5338376, was fraudulent. NV/DPS provided a copy of the authentic DL associated with N    C        for review (below).




Fraudulent DL Submitted – Claim 5338376          Authentic DL Provided by NV DPS

---

[2] The same fraudulent Nevada DL was also used in Kansas UPD Claims 1581124-27 & 1588426-62, Nevada UPD Claim 6588511, and Missouri UPD Claim 7687708.

17. NV/DPS confirmed Nevada DL 1401816078,[3] submitted by the claimant as part of claim 5367090, was fraudulent. NV/DPS provided a copy of the authentic DL associated with ███ B███ for review (below).

 

Fraudulent DL Submitted – Claim 5367090     Authentic DL Provided by NV DPS

18. NV/DPS confirmed Nevada DL 1602593011, submitted by the claimant as part of claim 6403863/64, was fraudulent. NV/DPS provided a copy of the authentic DL associated with B███ L█ for review (below).

 

Fraudulent DL Submitted – Claim 5403863/64     Authentic DL Provided by NV DPS

19. NV/DPS confirmed Nevada DL 1702517432,[4] submitted by the claimant as part of claim 6445826, was fraudulent. NV/DPS provided a copy of the authentic DL associated with M███ R███ for review (below).

 


Fraudulent DL Submitted – Claim 5445826     Authentic DL Provided by NV DPS

*Rhode Island Department of Health Records Review*

---

[3] The same fraudulent Nevada DL was also used in Minnesota UPD Claim 6965885.
[4] The same fraudulent Nevada DL was also used in Minnesota UPD Claim 6972523.

20. Upon review of the death certificates that were submitted by the claimant as part of claim 5338376, the Rhode Island Department of Health Records ("DOH") confirmed the death certificates for ██████████ and ██████████ were fraudulent and provided a copy of the authentic death certificates for review. Additionally, the RI DOH was unable to find a Certificate of Death on file for ██████████.

21. Upon review of the death certificate that was submitted by the claimant as part of claim 5367090, the RI DOH confirmed the death certificate for ██████████ was fraudulent and provided a copy of the authentic death certificate for review.

22. Upon review of the death certificates that were submitted by the claimant as part of claim 5403863/64, the RI DOH confirmed the death certificates for ██████████ and ██████ ██████ were fraudulent and provided a copy of the authentic death certificates for review.

23. The RI DOH was unable to locate a Certificate of Death on file for ██████████ with the information provided, confirming the death certificate submitted by the claimant as part of claim 6445826, was fraudulent.

24. Records received from the Rhode Island Department of Health, pursuant to a Grand Jury subpoena, revealed two applications for certified copies of death records for ██████████ and ██████████ were received on July 1, 2024.[5] Both applications were submitted by D████ W███ with a mailing address of PO Box 751253, Las Vegas, NV. Additionally, a Nevada DL, accompanied by an affidavit of identity was submitted with the application package. USPS records revealed PO Box 751253 was opened, and verified using CA DL C3392969, by James KIM on May 16, 2023, and is still currently assigned to him.

25. NV/DPS confirmed Nevada DL 4300757556, submitted by the applicant, was fraudulent. NV/DPS provided a copy of the authentic DL associated with D████ W███ for review (below).

---

[5] Altered Death Certificates for ██████████ and ██████████ were submitted as part of Rhode Island UPD Claim 5464230, which is still pending, and associated with over $3.2 million dollars in unclaimed funds.



*Internal Revenue Service (IRS) Records Review*

26. A review of IRS paperwork submitted by the claimant as part of claims 5338376, 5367090, 5403863/64 and 6445826 by Special Agent Matt Amsden, IRS-CI, revealed the following inaccuracies:

    a. The last sentence of the IRS letter submitted in each claim states "You may also provide your email address if you prefer." SA Amsden stated that the IRS would never ask for your email address.

    b. The IRS letters submitted in each claim appear to be identically hand signed by the same customer service representative, ███████████ or ██████████, using employee number 1003516377. SA Amsden stated an IRS customer service representative would never hand sign a letter like this. Additionally, SA Amsden confirmed there are thousands of IRS customer service representatives, so the chances the same customer service representative handled each of these claims is almost impossible.

*Providence & Washington County Probate Court Records Review*

27. A review of Providence Probate Court paperwork submitted by the claimant as part of claims 5338376, 5367090 and 5403863/64 by Probate Clerk ███████████ revealed the following inaccuracies:

    a. Providence County Probate Court docket number 2021-781, referenced in claim 5338376, does not exist in their records. Clerk ██████████ confirmed that the actual active case number regarding ████████████ estate is █████.

    b. Providence County Probate Court docket number 11-371, referenced in claim 5367090, is associated with a minor guardianship which was never approved.

8



Clerk ███████ was unable to locate any records related with the decedent, ████████.

   c. Providence County Probate Court docket number 2022-1031-14, referenced in claim 5403863/64, does not exist in their records. Clerk ███████ was unable to locate any records related with the decedent, ████████.

   d. The Providence County 'filed' stamp, referenced in claims 5338376 and 5367090, is fraudulent given that ████████ was never a deputy clerk and has been the Providence County court clerk since 2005.

   e. The Providence County 'filed' stamp, referenced in claims 5338376, 5367090 and 5403863/64, is fraudulent given that there is no one employed by City Hall, nor the Probate Court, by the name ████████.

   f. The Providence County 'filed' stamp, dated October 31, 2022, and referenced in claim 5403863/64, is fraudulent given that ████████ was no longer employed with the Providence Probate Court as of December 2021.

   g. The signatures for Probate Judge ████████ and the Probate Deputy Clerk, referenced in claims 5338376, 5367090 and 5403863/64, are not correct. Additionally, the Probate Judge's first name is incorrectly spelled as "███", instead of "███" on the 'filed' and name stamp. Signature stamps on file with the Providence County Probate Court for both individuals were provided for review and comparison.

28. A review of Washington Probate Court paperwork submitted by the claimant as part of claim 5445826 by Probate Clerk ████████ revealed the following inaccuracies:

   a. The Westerly Probate Court does not have a Probate Estate under the name ████████, as referenced in claim 5445826. Additionally, due to the Westerly Probate Court not having file numbers that reached the 400's in 2023, the file number 2023-405 submitted on the paperwork is incorrect.

   b. The Washington County 'filed' stamp, dated April 5, 2023, and referenced in claim 5445826, is fraudulent given that ████████ was not the Deputy Clerk in 2023.

29. As further detailed below, on or around September 24, 2021, a check made payable to the Estate of ████████ c/o N███ C█████ from the Rhode Island UPD, related to claim

5338376, was mailed to PO Box 751042, Las Vegas, NV and subsequently deposited into American Express account x8843 on December 13, 2021.

30. As further detailed below, on or around December 9, 2022, a check made payable to the Estate of ██████████ c/o B████ L██ from the Rhode Island UPD, related to claim 5403863/64, was mailed to ███ Parkmoor Ave, Las Vegas, NV and subsequently deposited into Charles Schwab account x8843 on March 6, 2023.

31. As further detailed below, on or around September 27, 2022, a check made payable to the Estate of ██████████ c/o J████ B████ from the Rhode Island UPD, related to claim 5338376, was mailed to PO Box 750632, Las Vegas, NV and subsequently deposited into Charles Schwab account x3878 on December 9, 2022.

32. As further detailed below, on or around June 23, 2023, a check made payable to the Estate of ██████████ c/o M████ R████ from the Rhode Island UPD, related to claim 5445826, was mailed to PO Box 751232, Las Vegas, NV and subsequently deposited into Charles Schwab account x0145 on August 16, 2023.

### Minnesota UPD Approved Claims

33. Between October 11, 2024, and November 12, 2024, as further detailed below, the Minnesota UPD received and processed two claims along with supporting documentation from two claimants purporting to be the heir of a closed family estate.

| Claim ID | Claim Created | Total Payout | Claimant Name | Claimant Address | Estate of: |
|---|---|---|---|---|---|
| 6965885 | 10/11/2024 | $ 69,867.12 | M████ R███ | PO Box 751232, Las Vegas, NV | ████ █ |
| 6972523 | 11/12/2024 | $ 43,220.40 | J███ B███ | PO Box 751993, Las Vegas, NV | ████ █ |

34. In order to file a claim with the Minnesota UPD, the claimant must submit a form of identification and supporting documentation verifying they are the rightful owner of the family estate. Documentation includes a valid form of identification for the claimant, certificate(s) of death for the estate owner or other heirs to the estate and an IRS estate employer identification letter for the decedent.

35. Additionally, the Minnesota UPD was able to capture the IP used to submit the claims. Between November 12, 2024, and January 8, 2025, claim 6972523 was submitted and tracked online by someone using CenturyLink IPv4[6] address 71.49.141.202. Records received from

---

[6] IP stands for Internet Protocol version 4 stands for Version Four (IPv4), is the most widely used system for identifying devices on a network. It uses a set of four numbers, separated by periods (like 192.168.0.1), to give each device a unique address. This address helps data find its way from one device to another over the internet.

CenturyLink pursuant to a Grand Jury subpoena revealed that on the date in question, the listed IPv4 was assigned to CenturyLink customer James KIM (███ Parkmoor Ave, Las Vegas, NV). The email provided for the account was ███████@mail.com. Service began on August 20, 2024, and was disconnected on February 17, 2025.

*Nevada Department of Public Safety Records Review*

36. Nevada DPS confirmed Nevada DL 1702517432, submitted by the claimant as part of claim 6965885, was fraudulent. NV/DPS provided a copy of the authentic DL associated with M██ R██ for review (below).

 

Fraudulent DL Submitted – Claim 6965885     Authentic DL Provided by NV DPS

37. NV/DPS confirmed Nevada DL 1401816078, submitted by the claimant as part of claim 6972523, was fraudulent. NV/DPS provided a copy of the authentic DL associated with J██ B██ for review (below).

 

Fraudulent DL Submitted – Claim 6972523     Authentic DL Provided by NV DPS

*Minnesota Department of Health Records Review*

38. Upon review of the death certificates that were submitted by the claimant as part of claim 6965885, the Minnesota Department of Health Records confirmed the death certificates for ███████ and ███████ were fraudulent and provided a fact of death worksheet for both individuals showing the status of their death certificates was 'unfinished.'[7]

*New Mexico Department of Health Records Review*

---

[7] 'Unfinished' status means the application is missing data (SSN, gender etc.) associated with the decedent before it can be legally filed.

39. The New Mexico Department of Health was unable to locate a Certificate of Death on file for ███████████ with the information provided, confirming the death certificate submitted by the claimant as part of claim 6972523, was fraudulent.

*Internal Revenue Service (IRS) Records Review*

40. A review of IRS paperwork submitted by the claimant as part of claim 6965885 by Special Agent Matt Amsden, IRS-CI, revealed the following inaccuracies:

    a. The last sentence of the IRS letter submitted in claim 6965885 states "You may also provide your email address if you prefer." SA Amsden stated that the IRS would never ask for your email address.

    b. The IRS letter submitted in claim 6965885 appears to be identically hand signed by the same customer service representative, ███████████, whose name is used in the IRS paperwork submitted as part of the previously referenced Rhode Island claims.

    c. SA Amsden stated an IRS customer service representative would never hand sign a letter like this. Additionally, SA Amsden confirmed there are thousands of IRS customer service representatives, so the chances the same customer service representative handled each of these claims is almost impossible.

41. As further detailed below, on or around November 18, 2023, a check made payable to M███ R███ from the Minnesota UPD, related to claim 6965885, was mailed to PO Box 751232, Las Vegas, NV and subsequently deposited into Charles Schwab account x0145 on November 25, 2023.

42. As further detailed below, on or around January 10, 2025, a check made payable to J███ B███ from the Minnesota UPD, related to claim 6972523, was mailed to PO Box 751993, Las Vegas, NV and subsequently deposited into Charles Schwab account x3878 on January 17, 2025.

**Kansas UPD Approved Claims**

43. Between June 18, 2021, and July 22, 2021, as further detailed below, the Kansas UPD received and processed two claims along with supporting documentation from the same claimant purporting to be the heir of a closed family estate.

| Claim ID | Claim Created | Total Payout | Claimant Name | Claimant Address | Estate of: |
|---|---|---|---|---|---|
| 1581124-27 | 6/18/2021 | $ 10,683.74 | N █ | PO Box 751042, Las Vegas, NV | ████ |
| 1588426-62 | 7/22/2021 | $ 5,674.58 | N █ | PO Box 751042, Las Vegas, NV | ████ |

44. In order to file a claim with the Kansas UPD, the claimant must submit a form of identification and supporting documentation verifying they are the rightful owner of the family estate. Documentation includes a valid form of identification for the claimant, certificate(s) of death for the estate owner or other heirs to the estate, a copy of the will for those representing the estate, a Probate Court judgement declaring heirship and a Probate Court final order.

*Nevada Department of Public Safety Records Review*

45. NV/DPS confirmed Nevada DL 2900080169, submitted by the claimant as part of claims 1581124-27 and 1588426-62, was fraudulent. NV/DPS provided a copy of the authentic DL associated with N█ C█████ for review (below).



Fraudulent DL Submitted – Claim 1581124-27 & 1588426-62          Authentic DL Provided by NV DPS

*Rhode Island Department of Health Records Review*

46. Upon review of the death certificate that was submitted by the claimant as part of claims 1581124-27 and 1588426-62, the RI DOH confirmed the death certificates for ████████████ was fraudulent and provided a copy of the authentic death certificate for review.

*Providence County Probate Court Records Review*

47. A review of Providence Probate Court paperwork submitted by the claimant as part of claims 1581124-27 and 1588426-62 by Probate Clerk ███████████████ revealed the following inaccuracies:

a. Providence County Probate Court docket number 96-761, referenced in claims 1581124-27 and 1588426-62, does not exist in their records. Clerk ██████████ confirmed that the actual active case number regarding ████████████ estate is ███████

b. The Providence County 'filed' stamp, referenced in claims 1581124-27 and 1588426-62, is fraudulent given that there is no one employed by City Hall, nor the Probate Court, by the name ██████████.

   c.  The signature for Probate Judge ███████████, referenced in claims 1581124-27 and 1588426-62, is not correct. Signature stamps on file with the Providence County Probate Court for Probate Judge ████████ were provided for review and comparison.

48. As further detailed below, on or around July 26, 2021, a check made payable to N██ C█████ from the Kansas UPD, related to claims 1581124-27 and 1588426-62, was mailed to PO Box 751042, Las Vegas, NV and subsequently deposited into Bluevine account x6778 on December 10, 2021.

### Nevada UPD Approved Claims

49. Between April 18, 2020, and May 11, 2020, as further detailed below, the Nevada UPD received and processed four claims along with supporting documentation from three claimants purporting to be the heir of a closed family estate.

| Claim ID | Claim Created | Total Payout | Claimant Name | Claimant Address | Estate of: |
|---|---|---|---|---|---|
| 6588511 | 4/18/2020 | $ 1,367.12 | N█ C█████ | PO Box 751042, Las Vegas, NV | ████████ |
| 6593984 | 5/4/2020 | $ 4.95 | T████ | ███ Parkmoor Ave, Las Vegas, NV | ████ |
| 6593985 | 5/4/2020 | $ 31,583.80 | T████ | Parkmoor Ave, Las Vegas, NV | ████ |
| 6597259 | 5/11/2020 | $ 2,101.36 | E███ S██ | PO Box 751042, Las Vegas, NV | ████ |

50. In order to file a claim with the Nevada UPD, the claimant must submit a form of identification and supporting documentation verifying they are the rightful owner of the family estate. Documentation includes a valid form of identification for the claimant, certificate(s) of death for the estate owner or other heirs to the estate, an affidavit of heirship and last will and testament of the decedent.

### *Nevada Department of Public Safety Records Review*

51. NV/DPS confirmed Nevada DL 2900080169, submitted by the claimant as part of claims 6588511, was fraudulent. NV/DPS provided a copy of the authentic DL associated with N██ C█████ for review (below).





Fraudulent DL Submitted – Claim 6588511      Authentic DL Provided by NV DPS

52. NV/DPS confirmed Nevada DL 1501416657, submitted by the claimant as part of claims 6593984 and 6593985, was fraudulent. NV/DPS provided a copy of the authentic DL associated with T███ J███ for review (below).



Fraudulent DL Submitted – Claim 6593984 & 6593985          Authentic DL Provided by NV DPS

53. NV/DPS confirmed Nevada DL 1501610671, submitted by the claimant as part of claim 6597259, was fraudulent. NV/DPS provided a copy of the authentic DL associated with E███ S███ for review (below).



Fraudulent DL Submitted – Claim 6597259          Authentic DL Provided by NV DPS

*Nevada Department of Health & Human Services Records Review*

54. Upon review of the death certificate that were submitted by the claimant as part of claims 6597259 and 6593985, the Nevada Department of Health & Human Services confirmed the death certificates for ███████████ and ███████████ were fraudulent.

55. As further detailed below, on or around May 14, 2020, a check made payable to N███ C███ from the Nevada UPD, related to claim 6588511, was mailed to PO Box 751042, Las Vegas, NV and subsequently deposited into Charles Schwab account x2086 on May 26, 2020.

56. As further detailed below, on or around June 4, 2020, two checks made payable to T███ J███ from the Nevada UPD, related to claims 6593984 and 6593985, were mailed to ███ Parkmoor Ave, Las Vegas, NV and subsequently deposited into Charles Schwab account x4730 on June 15, 2020.

57. As further detailed below, on or around July 23, 2020, a check made payable to █ S███ from the Nevada UPD, related to claim 6597259, was mailed to PO Box 751042, Las Vegas, NV and subsequently deposited into Charles Schwab account x3681 on August 4, 2020.

### Missouri UPD Approved Claim

58. On April 4, 2021, as further detailed below, the Nevada UPD received and processed a claim along with supporting documentation from a claimant purporting to be the heir of a closed family estate.

| Claim ID | Claim Created | Total Payout | Claimant Name | Claimant Address | Estate of: |
|---|---|---|---|---|---|
| 7687708 | 4/4/2021 | $  28,362.36 | N█ C███ | PO Box 751042, Las Vegas, NV | ███████ |

59. In order to file a claim with the Missouri UPD, the claimant must submit a form of identification and supporting documentation verifying they are the rightful owner of the family estate. Documentation includes a valid form of identification for the claimant, certificate(s) of death for the estate owner or other heirs to the estate, a copy of the will for those representing the estate, a Probate Court judgement declaring heirship and a Probate Court final order.

### *Nevada Department of Public Safety Records Review*

60.  NV/DPS confirmed Nevada DL 2900080169, submitted by the claimant as part of claim 7687708, was fraudulent. NV/DPS provided a copy of the authentic DL associated with N█ C███████ for review (below).



Fraudulent DL Submitted – Claim 7687708          Authentic DL Provided by NV DPS

### *Rhode Island Department of Health Records Review*

61. Upon review of the death certificates that were submitted by the claimant as part of claim 7687708, the RI DOH confirmed the death certificates for ████████████ and ████████ were fraudulent and provided a copy of the authentic death certificates for review.

### *Providence County Probate Court Records Review*

62. A review of Providence Probate Court paperwork submitted by the claimant as part of claim 7687708 by Probate Clerk ████████████████ revealed the following inaccuracies:

16

    a.  Providence County Probate Court docket number 96-761, referenced in claim 7687708, does not exist in their records. Clerk ███████ confirmed that the actual active case number regarding ████████████ estate is █████.

    b.  The Providence County 'filed' stamp, referenced in claim 7687708, is fraudulent given that there is no one employed by City Hall, nor the Probate Court, by the name ████████.

    c.  The signature for Probate Judge ███████████, referenced in claim 7687708, is not correct. Signature stamps on file with the Providence County Probate Court for Probate Judge ██████████ were provided for review and comparison.

63. As further detailed below, on or around July 14, 2021, a check made payable to N███ C█████ from the Missouri UPD, related to claim 7687708, was mailed to PO Box 751042, Las Vegas, NV and subsequently deposited into Charles Schwab account x2086 on July 24, 2021.

**B.    United States Postal Service Records Review**

64. USPS records, as further detailed below, revealed the PO Boxes, to which the claim checks were mailed, were all opened by James KIM. Furthermore, as part of the USPS PO Box application verification process, KIM provided California (CA) DL C3392969. CA DMV records confirmed CADL C3392969 is assigned to James KIM, DOB ██████.

| RHODE ISLAND | | | | | |
|---|---|---|---|---|---|
| Claim ID | Claimant Address | Assigned Name | ID Verifed | PO Box Opened | PO Box Closed |
| 5338376 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |
| 5367090 | PO Box 750632, Las Vegas, NV | James Kim | C3392969 (CA) | 9/2/2021 | 2/28/2023 |
| 5445826 | PO Box 751232, Las Vegas, NV | James Kim | C3392969 (CA) | 2/8/2023 | Still Open |
| **KANSAS** | | | | | |
| Claim ID | Claimant Address | Assigned Name | ID Verifed | PO Box Opened | PO Box Closed |
| 1581124-27 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |
| 1588426-62 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |
| **MINNESOTA** | | | | | |
| Claim ID | Claimant Address | Assigned Name | ID Verifed | PO Box Opened | PO Box Closed |
| 6965885 | PO Box 751232, Las Vegas, NV | James Kim | C3392969 (CA) | 2/8/2023 | Still Open |
| 6972523 | PO Box 751993, Las Vegas, NV | James Kim | C3392969 (CA) | 10/3/2023 | Still Open |
| **MISSOURI** | | | | | |
| Claim ID | Claimant Address | Assigned Name | ID Verifed | PO Box Opened | PO Box Closed |
| 7687708 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |
| **NEVADA** | | | | | |
| Claim ID | Claimant Address | Assigned Name | ID Verifed | PO Box Opened | PO Box Closed |
| 6588511 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |
| 6597259 | PO Box 751042, Las Vegas, NV | James Kim | C3392969 (CA) | 1/29/2020 | 1/25/2022 |

65. USPS records, as further detailed below, revealed that ████ Parkmoor Ave in Las Vegas, NV, utilized in three of the claims, and eventually where the claim checks were mailed to, is associated with James KIM.

| RHODE ISLAND | | | |
|---|---|---|---|
| **Claim ID** | **Claimant Name** | **Claimant Address** | **Estate of:** |
| 5403863/64 | ██ | ██ | Parkmoor Ave, Las Vegas, NV | ██ |
| NEVADA | | | |
| **Claim ID** | **Claimant Name** | **Claimant Address** | **Estate of:** |
| 6593984 | ██ | Parkmoor Ave, Las Vegas, NV | ██ |
| 6593985 | ██ | Parkmoor Ave, Las Vegas, NV | ██ |

66. On May 15, 2025, a review of USPS mailings going to ██ Parkmoor Ave in Las Vegas, NV revealed the following information:

  a. On February 6, 2025, a Discover statement addressed to James KIM at ██ Parkmoor Ave in Las Vegas, NV.

  b. On February 6, 2025, an American Express statement addressed to James KIM at ██ Parkmoor Ave in Las Vegas, NV.

  c. On April 24, 2025, a Capital One statement addressed to James KIM at ██ Parkmoor Ave in Las Vegas, NV.

  d. On May 6, 2025, a Charles Schwab statement addressed to N██ C██[8] at ██ Parkmoor Ave in Las Vegas, NV.

67. On June 15, 2025, a review of USPS mailings going to ██ Buttons Ridge Dr in Las Vegas, NV revealed the following information:

  a. On June 1, 2025, a Discover mailer addressed to James KIM at ██ Buttons Ridge Dr in Las Vegas, NV.

  b. On May 29, 2025, a Las Vegas Valley Water District bill addressed to ██, the wife of James KIM, at ██ Buttons Ridge Dr in Las Vegas, NV.

  c. On May 29, 2025, a US Bank statement addressed to ██ at ██ Buttons Ridge Dr in Las Vegas, NV.

68. On February 2, 2025, James KIM submitted an online change of address with the USPS from his old address of ██ Parkmoor Ave, Las Vegas, NV to PO Box 751993[9], Las Vegas, NV. Continuing on the same date, Cox Communications account 476097055705 was activated with the account subscriber listed as James KIM, ██ Buttons Ridge Dr, Las Vegas, NV.

### C.    Bank Account Records Review

---

[8] N██ C██ is the claimant's name used in RI UPD Claim 5338376, Kansas UPD Claim 1581124-27, Nevada UPD Claim 6588511, and Missouri UPD Claim 7687708.
[9] As previously referenced, PO Box 751993 was opened by James KIM, under the assigned name J██ B██ LLC, on October 3, 2023.

*American Express Bank Account x8843*

69. American Express records show that American Express account x8843 was opened by James KIM, under the business name N█ C████ LLC, on December 7, 2021. A mailing address of ████ Parkmoor Ave, Las Vegas NV, and a social security number of █████████ were provided on the account opening paperwork.

70. On December 13, 2021, a check made payable to the Estate of █████████████ c/o N█ C█████ from the Rhode Island UPD (Claim 5338376) in the amount of $195,461.26 was deposited into American Express account x8843.

71. Between December 2021 and February 2025, the primary source of funds into KIM's American Express account x8843 were funds related to Rhode Island UPD claim 5338376. As detailed below, a review of bank records revealed at thirteen ACH transfers from American Express account x8843 to KIM's Bluevine Acct x6778 totaling $120,101.09. Additionally, during the same time period, there were (29) ATM withdrawals totaling $29,848.93. There was no ACH or check deposits into KIM's American Express account x8843 indicative of legitimate employment.

| Date | Description | Payee Account | Payor Account | Amount |
|---|---|---|---|---|
| 12/13/2021 | Check Deposit - ██████████ | Rhode Island UPD | American Express Acct x8843 | $195,461.26 |
| 5/5/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($7,000.00) |
| 8/1/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($5,000.00) |
| 8/11/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($7,000.00) |
| 8/22/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($3,000.00) |
| 8/26/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($6,000.00) |
| 10/3/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($9,101.09) |
| 10/12/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($9,000.00) |
| 10/19/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($5,000.00) |
| 11/8/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($5,000.00) |
| 11/17/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($20,000.00) |
| 1/24/2023 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($20,000.00) |
| 2/6/2023 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($20,000.00) |
| 9/5/2022 | ACH Transfer | American Express Acct x8843 | Bluevine Acct x6778 | ($4,000.00) |

*Charles Schwab Bank Account x3878*

72. Charles Schwab records show that Charles Schwab account x3878 was opened online by J████ B██████, on September 2, 2021. A mailing address of PO Box 750632,[10] Las Vegas, NV was provided on the online opening account application.

---

[10] As previously referenced, PO Box 750632 was opened by James KIM on September 2, 2021.

73. Additionally, Charles Schwab was able to capture various IPs used to login to B██
Charles Schwab account (x3878) as further detailed below:

    a. Between January 17, 2024, and April 12, 2024, CenturyLink IPv4 address 71.49.142.158 was captured logging in to Charles Schwab account x3878. Records received from CenturyLink pursuant to a Grand Jury subpoena revealed on the date in question, the listed IPv4 was assigned to CenturyLink customer James KIM (███ Parkmoor Ave, Las Vegas, NV). Service began on December 6, 2023, and was disconnected on April 21, 2024.

    b. Between October 4, 2024, and January 29, 2025, CenturyLink IPv4 address 71.49.141.202 was captured logging in to Charles Schwab account x3878. Records received from CenturyLink pursuant to a Grand Jury subpoena revealed on the date in question, the listed IPv4 was assigned to CenturyLink customer James KIM (███ Parkmoor Ave, Las Vegas, NV). Service began on August 20, 2024, and was disconnected on February 17, 2025.

    c. On April 15, 2025, Cox Communications IPv4 address 72.193.51.53 was captured logging in to Charles Schwab account x3878. Records received from Cox Communication pursuant to a Grand Jury subpoena revealed on the date in question, the listed IPv4 was assigned to Cox Communication customer James KIM (███ Buttons Ridge Dr, Las Vegas, NV).[11] Service began on February 9, 2025, and is still active as of this writing.

74. On December 9, 2022, a check made payable to the Estate of ██████████ c/o J██ B███ from the Rhode Island UPD (Claim 5367090) in the amount of $140,283.37 was deposited into Charles Schwab account x3878.

75. On January 17, 2025, a check made payable to J███ B███ from the Minnesota UPD (Claim 6972523) in the amount of $43,220.40 was mobile deposited into Charles Schwab account x3878.

76. Between December 2022 and January 2025, the primary source of funds into KIM's Charles Schwab account x3878 were funds related to Rhode Island UPD claim 5367090 and Minnesota UPD claim 6972523. As detailed below, a review of bank records revealed five fund

[11] On June 15, 2025, a review of USPS mailings going to ███ Buttons Ridge Dr in Las Vegas, NV revealed James KIM and ███ Kim, were actively receiving mail at that location.

transfers from Charles Schwab account x3878 to Charles Schwab account x4101[12] totaling $267,563.60. There was no ACH or check deposits into KIM's Charles Schwab account x3878 indicative of legitimate employment.

| Date | Description | Payee Account | Payor Account | Amount |
|---|---|---|---|---|
| 12/9/2022 | Check Deposit - ███ | Rhode Island UPD | Charles Schwab Acct x3878 | $140,283.37 |
| 12/19/2022 | Funds Transfer | Charles Schwab Acct x3878 | Charles Schwab Acct x4101 | ($40,353.18) |
| 12/27/2022 | Funds Transfer | Charles Schwab Acct x3878 | Charles Schwab Acct x4101 | ($58,990.01) |
| 1/3/2023 | Funds Transfer | Charles Schwab Acct x4101 | Charles Schwab Acct x3878 | $99,343.19 |
| 1/5/2023 | Funds Transfer | Charles Schwab Acct x3878 | Charles Schwab Acct x4101 | ($50,050.00) |
| 1/5/2023 | Funds Transfer | Charles Schwab Acct x3878 | Charles Schwab Acct x4101 | ($74,950.00) |
| 1/23/2023 | Funds Transfer | Charles Schwab Acct x4101 | Charles Schwab Acct x3878 | $17.69 |
| 1/17/2025 | Check Deposit - J██ B██ | Minnesota UPD | Charles Schwab Acct x3878 | $43,220.40 |
| 1/28/2025 | Funds Transfer | Charles Schwab Acct x3878 | Charles Schwab Acct x4101 | ($43,220.41) |

*Charles Schwab Bank Account x2086 (the "SUBJECT FUNDS")*

77. Charles Schwab records show that Charles Schwab account x2086 was opened online by N██ C██, on May 19, 2020. A mailing address of ███ S Bermuda Rd, #170, Las Vegas, NV was provided on the online opening account application but changed to PO Box 751042,[13] Las Vegas, NV in April 2021, and then to ███ Parkmoor Ave, Las Vegas, NV[14] in August 2021.

78. On July 24, 2021, a check made payable to N██ C██ from the Missouri UPD (Claim 7687708) in the amount of $28,362.36 was mobile deposited into Charles Schwab account x2086.

79. On May 26, 2020, a check made payable to N██ C██ from the Nevada UPD (Claim 6588511) in the amount of $1,367.12 was mobile deposited into Charles Schwab account x2086.

*Charles Schwab Bank Account x4730*

80. Charles Schwab records show that Charles Schwab account x4730 was opened online by T██ J██, on May 26, 2020. A mailing address of PO Box 750504,[15] Las Vegas, NV was provided on the online opening account application.

---

[12] Charles Schwab account x4101 was opened online by J██ B██, on September 2, 2021. A mailing address of PO Box 750632, Las Vegas, NV was provided on the online opening account application.
[13] As previously referenced, PO Box 751042 was opened by James KIM on January 29, 2020.
[14] As previously referenced, James KIM was receiving mail at ███ Parkmoor Ave, Las Vegas, NV.
[15] PO Box 750504 was opened by James KIM on May 2, 2020. CADL C3392969, assigned to James KIM, was used to verify the PO Box application. PO Box 750504 was closed on October 29, 2020.

81. On June 15, 2020, two checks made payable to T█████ J████ from the Nevada UPD (Claims 6593984 & 6593985) totaling $31,588.75 were deposited into Charles Schwab account x4730.

*Charles Schwab Estate Account x7993*

82. Charles Schwab records show that Charles Schwab account x7993 was opened online by B█████ L██, on February 16, 2023. A mailing address of PO Box 751242,[16] Las Vegas, NV was provided on the online opening account application.

83. On March 6, 2023, a check made payable to the Estate of ████████████ c/o B████ L██ from the Rhode Island UPD (Claim 5403863/64) in the amount of $171,499.61 was deposited into Charles Schwab account x7993.  Continuing on the same date, a stop payment was issued on the deposited check, and a return deposit was issued. On March 14, 2023, the same check made payable to the Estate of ████████████ c/o B████ L██ in the amount of $171,499.61 was re-deposited back into Charles Schwab account x7993.

84. A review of bank records revealed a funds transfer on March 21, 2023, from Charles Schwab account x7993 to Charles Schwab account x9946[17] in the amount of $171,482.91.

*Charles Schwab Estate Account x0145*

85. Charles Schwab records show that Charles Schwab account x0145 was opened online by M████ R███, under the estate name of ████████████, on August 9, 2023. A mailing address of PO Box 751232,[18] Las Vegas, NV was provided on the online opening account application. Additionally, to verify the account, Washington County (RI) Probate documentation was submitted containing the same fraudulent stamps as Rhode Island UPD Claim 5445826 and referenced further in paragraph 27.

86. On August 16, 2023, a check made payable to the Estate of ████████████ c/o M████ R███ from the Rhode Island UPD (Claim 5445826) in the amount of $118,507.43 was deposited into Charles Schwab account x0145.

---

[16] PO Box 751242 was opened by James KIM on December 6, 2022. CADL C3392969, assigned to James KIM, was used to verify the PO Box application. PO Box 751242 was closed on May 30, 2023.
[17] Charles Schwab account x9946 was opened online by B████ L██, on December 13, 2022. A mailing address of PO Box 751242, Las Vegas, NV was provided on the online opening account application.
[18] As previously referenced, PO Box 751232 was opened by James KIM on February 8, 2023.

87. On August 25, 2023, a review of bank records revealed a funds transfer, from Charles Schwab account x0145 to Charles Schwab account x7045[19] in the amount of $118,507.43.

88. On November 25, 2023, a check made payable to M███ R██ from the Minnesota UPD (Claim 6965885) in the amount of $69,867.12 was deposited into Charles Schwab account x0145.

### Charles Schwab Bank Account x3681

89. Charles Schwab records show that Charles Schwab account x3681 was opened online by E██ S███, on July 27, 2020. A mailing address of ███ W Russell Rd, #162, Las Vegas, NV was provided on the online opening account application.

90. On August 4, 2020, a check made payable to E██ S██ from the Nevada UPD (Claim 6597259) in the amount of $2,101.36 was deposited into Charles Schwab account x3681.

### Bluevine Bank Account x6778

91. Bluevine records show that Bluevine account x6778 was opened online by James Kim, under the business name N██████ LLC, on December 6, 2021. A mailing address of ████ N Rancho Dr, Las Vegas, NV was provided on the online opening account application. Additionally, James KIM listed himself as the account administrator and listed an email address of ███@r██c████llc.com along with alternate address of ███ Parkmoor Ave, Las Vegas, NV.

92. Bluevine was able to capture various IPs used to login to KIM's Bluevine account (x6778). Between December 7, 2023, and February 17, 2024, CenturyLink IPv4 address 71.49.142.158 was captured logging in to Bluevine account x6778. Records received from CenturyLink pursuant to a Grand Jury subpoena revealed on the date in question, the listed IPv4 was assigned to CenturyLink customer James KIM ████ Parkmoor Ave, Las Vegas, NV). Service began on December 6, 2023, and was disconnected on April 21, 2024.

93. Additionally, on February 2, 2024, a Bluevine customer service phone recording captured an individual, identified as James KIM, requesting login assistance with his mobile phone. As part of the Bluevine account verification process, KIM provided the customer service

---

[19] Charles Schwab account x7045 was opened online by M███ R██, on October 16, 2020. A mailing address of ███ Sky County Ln, Unit 37103, Las Vegas, NV was provided on the online opening account application, but later changed to PO Box 751232, Las Vegas, NV in June 2023.

representative with the name of his business as N█ C█████ LLC, an email address of █████@m██c█████llc.com, and a date of birth of ██████.

94. On December 10, 2021, a check made payable to N██ C█████ from the Kansas UPD (Claim 1581124-27 & 1588426-62) in the amount of $16,358.32 was mobile deposited into Bluevine account x6778.

*US Bank Account x4779*

95. US Bank records show that US Bank account x4779 was opened online by KIM's wife, ████████, on March 23, 2009. A mailing address of ███ Parkmoor Ave, Las Vegas, NV was provided on the opening account application. Furthermore, as part of the US Bank application verification process, █████████ provided California (CA) DL C1602625. CA DMV records confirmed CADL C1602625 is assigned to █████████, DOB ████████.

96. A review of bank records revealed funds from three bank accounts, associated with James KIM and fraudulent UPD claims, were transferred, as further detailed below, to █████████ US Bank account x4779.

    a. Between December 29, 2021, and February 22, 2025, a review of bank records revealed (21) ACH transfers from American Express account x8843 (N█ C█████ LLC) to US Bank Acct x4779 (█████████) totaling $103,475.10.

    b. Between October 7, 2022, and January 17, 2024, a review of bank records revealed (16) electronic fund transfers (EFT) from Bluevine account x6778 (N█ C█████ LLC) to US Bank Acct x4779 (█████████) totaling $93,000.

    c. On July 2, 2020, a check drawn on American Express account 4730 (T█████ J████) in the amount of $22,000 was deposited into US Bank Acct x4779 (█████████).

97. On September 13, 2024, a US Bank customer service phone recording captured an individual, identified as James KIM, who stated "my wife █████████" was a customer of US Bank and had received a suspicious email that she was concerned about.

98. Additionally, US Bank surveillance photographs from November 8, 2024, and November 14, 2024, show an individual identified as █████████, together with an individual identified as James KIM, depositing funds into US Bank Acct x4779 at a US Bank branch in Las Vegas, NV (below)



*Work History*

99. On July 16, 2025, I was able to confirm that the Nevada Department of Employment, has no wages or employment history for Jame KIM, within Nevada.

**D.    Victim Interviews**

100.    On June 30, 2025, I interviewed J█████ B█████ via telephone. Mr. B█████ stated he was unaware that his identity was being used to file fraudulent claims for unclaimed property and to open bank accounts. Mr. B█████ stated he has never filed a claim for unclaimed property in Rhode Island or Minnesota. Additionally, Mr. B█████ denied ever opening any type of account with Charles Schwab.

101.    On June 30, 2025, I interviewed N█ C█████ via telephone. Mr. C█████ stated he was aware that his identity was compromised after an outstanding charge for Cox Cable showed up on his credit report in 2021. Mr. C█████ stated he has never filed a claim for unclaimed property in any state and denied knowing of any family members named █████████. Mr. C█████ reviewed a Nevada driver's license using his name and identifiers that were submitted as part of fraudulent UPD claims in Rhode Island, Kansas, Missouri and Nevada and confirmed the image on the driver's license was not him. Additionally, Mr. C█████ stated he has banked with Chase for years and has never opened any accounts with Charles Schwab, Bluevine, or American Express.

**E.    Previous Interactions with Law Enforcement**

102.    A criminal history check for James KIM revealed two arrests for giving false information to peace officers in 1988 and 1995. Both misdemeanor charges were ultimately dismissed.

## IV.    CONCLUSION

103.  As described herein, the investigation is ongoing.

104.  As described herein, fraudulent documents including driver's licenses, death certificates, Probate Court paperwork and IRS letters were submitted by KIM to various UPD's in Rhode Island, Kansas, Minnesota, Missouri and Nevada.

105.  As described herein, UPD funds dispersed pursuant to these fraudulently filed claims were mailed in the form of bank check, via the U.S. mail, to various PO Boxes opened and controlled by KIM. Additionally, other UPD checks were mailed to a residential address associated with KIM.

106.  As described herein, UPD checks were deposited into various bank accounts opened and maintained by KIM.

107.  As described herein, funds deposited into various bank accounts were then laundered into various other accounts controlled by James KIM and his wife, ███████.

108.  As described herein, bank account login activity and UPD claim submissions captured CenturyLink and Cox Communications IP addresses associated with KIM.

109.  Based on all the foregoing facts, I submit that there is probable cause to believe that James KIM on various dates violated Title 18 U.S.C. § 1341 (Mail Fraud), Title 18 U.S.C. § 1957 (Money Laundering) and Title 18 U.S.C. § 1028A(a) (Aggravated Identity Theft).

I declare that the foregoing is true and correct.

Cory P. McManus
Postal Inspector
US Postal Inspection Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by: **Telephone** (specify reliable electronic means)

Approved:

10:05 am, 07/17/2025
Date

Providence, RI
City and State

Judge's Signature

Melissa R. DuBose-District Judge
Printed Name and Title

## ATTACHMENT A

### ACCOUNT TO BE SEIZED ("SUBJECT FUNDS")

**BANK:**              Charles Schwab Bank
**ACCOUNT NAME:**      N█ C█████
**ACCOUNT NUMBER:**    █████2086